# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

RICHARD M. THOMPSON, )
)
Plaintiff, )
)
v. ) No. CIV-04-576-S
)
JO ANNE B. BARNHART, )
Commissioner Social Security )
Administration, )
)
Defendant. )

FILED

JAN 2 6 2006

## JUDGMENT

Pursuant to this court's order of January 26 2006, reversing and remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED this 26th day of January, 2006.

FRANK H. SEAY
United States District Judge